# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3177
LT Case No. 16-1996-CF-5225-A

———————————————

ROBERT THOMAS,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Robert Thomas, Monticello, pro se.

Ashley Moody, Attorney General, and Ryan Roy, Assistant
Attorney General, Tallahassee, for Respondent.

January 17, 2025

PER CURIAM.

   The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and treated as the notice
of appeal from the July 16, 2024 order denying Petitioner's motion
to correct illegal sentence rendered in Case No. 16-1996-CF-5225-
A, in the Circuit Court in and for Duval County, Florida. *See* Fla.
R. App. P. 9.141(c)(6)(D).

   PETITION GRANTED.

EDWARDS, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____